Geri N. Kahn (CSB #148536)
400 Montgomery Street, Suite 810
San Francisco, CA 94104
Tel. (415) 397-5446
Fax (925) 889-4379
Email: gkahn@pacbell.net

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Margaret KERR,<br><br>              **Plaintiff,**<br><br>      **vs.**<br><br>**Michael Chertoff, Secretary, Department of**<br><br>**Homeland Security; Emilio T. Gonzalez,**<br><br>**Director, United States Citizenship and**<br><br>**Immigration Services; Peter T. Keisler,**<br><br>**Acting Attorney General; Rosemary**<br><br>**Melville, District Director, United States**<br><br>**Citizenship and Immigration Services; and**<br><br>**Robert Mueller, Director of Federal Bureau**<br><br>**of Investigation.**<br><br>              **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Case No.:   075116 WDB**

**PLAINTIFF'S COMPLAINT FOR WRIT
IN THE NATURE OF MANDAMUS**

Plaintiff, Margaret Kerr, by and through her undersigned attorney, sues Defendants and states as follows:

1.      This action is brought against the Defendants to compel action on her application for lawful permanent resident status properly filed by the Plaintiff. The application was filed and remains within the jurisdiction of the Defendants, who have improperly withheld action on this application to Plaintiff's detriment.

**PARTIES**

2.    Plaintiff MARGARET KERR (A96 391 101) is a native and citizen of Canada. She filed an Application to Register Permanent Resident or Adjust Status (Form I-485) on September 11, 2003 and is seeking to become a lawful permanent resident based on an approved I-130 Petition for Alien Relative, filed by her husband, Don Cano.

3.    Defendant Michael Chertoff is the Secretary of the Department of Homeland Security (hereinafter "DHS"), and this action is brought against him in his official capacity. He is generally charged with enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the DHS.  8 U.S.C, §1103(a); 8 C.F.R. §2.1.  Mr. Chertoff is sued here in his official capacity.

4.    Peter T. Keisler is the Acting Attorney General of the Department of Justice, and such, is head of the United States Department of Justice and the chief law enforcement officer of the federal government.  The Attorney General is also ultimately responsible for the Federal Bureau of Investigation, a subdivision of the Justice Department.  This action is brought against him in his official capacity.

5.    Emilio T. Gonzalez is the Director of the United States Citizenship and Immigration Services (hereinafter "USCIS"), an agency within the DHS to whom the Secretary's authority has in part been delegated and is subject to the Secretary's supervision. Defendant Director is generally charged with the overall administration of benefits and immigration services.  8 C.F. R. §100.2(a).  Mr. Gonzalez is sued here in his official capacity.

6.    Defendant Rosemary Melville, District Director, is an official of the USCIS generally charged with supervisory authority over all operations of the USCIS within her district with certain specific exceptions not relevant here. 8 C.F.R. §100.2(d)(2)(ii). As will be shown, Defendant Director is the official with whom Plaintiff's

Application for Adjustment of Status remain pending.  She is sued here in her official capacity.

7.      Defendant Robert S. Mueller, III, is Director of the Federal Bureau of Investigations (FBI), the law enforcement agency that conducts security clearances for other U.S. government agencies, such as the Department of Homeland Security.  As it will be shown, Defendant has failed to complete the security clearances on Plaintiff's case hence causing delay in Plaintiff's Application for Adjustment of Status.

### JURISDICTION

8.      Jurisdiction is proper in this court, pursuant to 28 USC §1331 and 1361, 5 USC §701 *et seq.*, and 28 USC §2201  *et seq.*  Relief is requested pursuant to these statutes.

### VENUE

9.      Venue is proper in this court, pursuant to 28 USC §1391(e), in that this is an action against officers and agencies of the United States in their official capacities, brought in the District where the Plaintiff resides if no real property is involved in the action.  Specifically, Plaintiff resides at 1546 Waller Street, San Francisco, CA 94117, and no real property is involved in the instant action.

### EXHAUSTION OF REMEDIES

10.     Plaintiff has exhausted her administrative remedies.

### CAUSE OF ACTION

11.     Plaintiff and her U.S. Citizen husband, Don Cano, filed their application to Register Permanent Resident status (Form I-485) and Petition for Alien Relative (Form I-130) with Citizenship and Immigration Services based on their marriage on September 11, 2003.  They were interviewed on May 11, 2004 at the San Francisco district office.  The adjudicator approved the I-130 on that day but indicated that the background checks were pending and that they needed a copy of Ms. Kerr's birth certificate. (**See Exhibit 1, copies of receipt notice for I-485, copy of I-130 approval.**)  Ms. Kerr submitted her birth certificate to USCIS on July 23, 2004.

12.    On January 31, 2005, Plaintiff went to the San Francisco district USCIS to inquire about her case. She was informed that it was still pending due to a security clearance. On March 16, 2005, she received a written confirmation stating the same. (**Exhibit 2, copy of letter from USCIS, March 16, 2005.**)

13.    On November 18, 2005, Plaintiff received a request from CIS to have her biometrics taken. She did so on December 2, 2005.

14.    In a letter dated February 22, 2006, CIS asked Ms. Kerr to take her fingerprints again on March 1, 2006. She did so. (**Exhibit 3, copy of letter from USCIS, February 22, 2006.**)

15.    In December 2006, Plaintiff sent a Freedom of Information Act Request ("FOIA") to the FBI. She received a response indicating that no records were found pertaining to her. (**See Exhibit 4, letter from the FBI dated January 11, 2007.**)

16.    On June 28, 2007, Plaintiff's counsel wrote a letter to Rosemary Melville inquiring into the status of this case and informing her that if no response were received within two weeks, Ms Kerr would file this action. Counsel received a standard response that Plaintiff's case was still pending due to name checks. (**See Exhibit 5, letter from USCIS dated July 26, 2007.**)

17.    On August 2, 2007, Plaintiff went to USCIS to inquire about the status of her case. She received the same response – that her case is delayed due to security checks.

18.    Based on the responses from USCIS Plaintiff believes that her I-485 application has not been adjudicated because of Defendant FBI's failure to complete her name check. At this time, the FBI name check appears to be the only reason for the delay of Plaintiff's I-485 application as there are no other issues. (**See Exhibit 6, copy of I-485 processing worksheet.**)

19.    Defendants' refusal to act on this application is, as a matter of law, arbitrary and not in accordance with the law. Defendants unreasonably have delayed in and have refused to adjudicate Plaintiff's application for adjustment of status for over four

years, from the date of filing, thereby depriving her of the right to a decision on her application and the peace of mind to which Plaintiff is entitled.

20.    Plaintiff has been damaged by the failure of Defendants to act in accord with their duties under the law.

    a.    Plaintiff has had to apply for two subsequent renewals of her work authorization at a cost of approximately $180.00 for the first one and $340.00 for the subsequent one because her application for permanent residence has not been adjudicated.  Because the work authorization is only issued for a year, she has to pay USCIS a fee to renew it if she wishes to work lawfully in the United States.

    b.    If Plaintiff wishes to travel outside of the United States, she must request advance parole.  An advance parole document costs $305.00.  She would also have to wait for three months to obtain it.  If she had lawful permanent residence, Plaintiff would be permitted to travel back and forth to and from Canada without any cost and at any time.

    c.    Plaintiff has been further damaged in that he is unable to accrue time to be eligible for naturalization as a citizen of the United States, thus delaying her obtainment of the rights and privileges enjoyed as citizens of the United States. In fact, as she is married to a U.S. Citizen, she would be permitted to apply two years and nine months after she obtained her permanent residence.  It is conceivable that she could have already been a United States citizen had the defendants timely adjudicated her application.

21.    The Defendants, in violation of the Administrative Procedures Act, 5 USC §701 *et seq.*, are unlawfully withholding or unreasonably delaying action on Plaintiff's adjustment application and have failed to carry out the adjudicative functions delegated to them by law with regard to Plaintiff's case.

# PRAYER

22.    WHEREFORE, in view of the arguments and authority noted herein, Plaintiff respectfully prays that the Defendants be cited to appear herein and that, upon due consideration, the Court enter an order:

a.    requiring Defendants to expeditiously complete the Security Check on Plaintiff's application of adjustment of status;

b.    requiring USCIS to process the adjustment application to conclusion;

c.    awarding Plaintiff reasonable attorney's fees under the Equal Access to Justice Act;

d.    granting such other relief at law and in equity as justice may require.

Dated this 4th   day of October 2007                          Respectfully submitted,

/s/ Geri N. Kahn

Geri N. Kahn
Attorney for Plaintiff

**CERTIFICATION OF INTERESTED ENTITES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: October 4th 2007                    Respectfully submitted,


/s/ Geri N. Kahn
_____
Geri N. Kahn
Attorney for Plaintiff

# LIST OF ATTACHMENTS

1. Copies of receipt notice for I-485, copy of approval notice for I-130.

2. Copy of letter from USCIS, March 16, 2005.

3. Copy of letter from USCIS, February 22, 2006.

4. Letter from the FBI, January 11, 2007.

5. Letter from USCIS, July 26, 2007.

6. Copy of I-485 processing worksheet.

**EXHIBIT 1**

# U.S. Citizenship and Immigration Services

630 Sansome Street
San Francisco, CA 94111

### Notice of Receipt

Date:     10/9/2003

A No:     96-391-101     / COA:   CR6

Name:     KERR, MARGARET

Address:     1546 WALLER STREET

SAN FRANCISCO, CA 94117

Your Form I-485 Application for Adjustment of Status has been received and accepted. Your interview appointment notice will be mailed to you separately. If you also applied for employment authorization and/or advance parole, notices for appearing to receive these benefits, if approved, are also enclosed.

**Please carefully review all of the other material enclosed. It may include requests for evidence and documentation you must bring with you to your interview on the date assigned. Failure to bring all requested evidence and documents to your adjustment of status interview could result in immediate denial of your adjustment application. DO NOT mail documents to this office unless advised to do so.**

NOTICE: **You must not depart the United States without written permission from the Service while your application is pending. If you depart without permission your application will be denied. You may apply for advance parole to re-enter the United States to continue processing your application.**

ADVISORY: If after April 1, 1997, you were unlawfully present in the United States for more than 180 days before filing for adjustment of status, you may be found inadmissible under Section 212(a)(9)(B)(I) of the Act when returning to the United States. If you are found inadmissible, you will need to qualify for a waiver of inadmissibility before your adjustment of status can be approved.

CHANGE OF ADDRESS: The change of address form included with this receipt is for your use to notify this office of any change of address. Please retain a copy for your records. Failure to notify this office in a timely manner of any change of address may result in denial of your applications for adjustment of status and employment authorization (EAD).

**For:  David N. Still, District Director**

DM Form 1 (09/05/03) other editions are obsolete and may no longer be used

U.S. Department of Justice
Immigration and Naturalization Service (INS)

**Petition for Alien Relative**

OMB #1115-0054

### DO NOT WRITE IN THIS BLOCK - FOR EXAMINING OFFICE ONLY

| Case ID# | Action Stamp | Fee Stamp |
|---|---|---|
| A# 96 391 101 | APPROVED U.S. DISTRICT DIRECTOR MAY 1 1 2004 | Sep11/03 002#03071 9FR-PC I-130 SPOUSE$130.00 |

(b)(2)
(b)(7)(c)

G-28 or Volag #

**Section of Law:**
- [X] 201 (b) spouse
- [ ] 201 (b) child
- [ ] 201 (b) parent
- [ ] 203 (a)(1)
- [ ] 203 (a)(2)
- [ ] 203 (a)(4)
- [ ] 203 (a)(5)

AM CON:

Remarks:

Petition was filed on: **9/11/03**  (priority date)
- [X] Personal Interview
- [ ] Pet. [ ] Ben. "A" File Reviewed
- [ ] Field Investigations
- [ ] 204 (a)(2)(A) Resolved
- [ ] Previously Forwarded
- [ ] Stateside Criteria
- [ ] I-485 Simultaneously
- [ ] 204 (h) Resolved

## A. Relationship

1. The alien relative is my
- [X] Husband/Wife [ ] Parent [ ] Brother/Sister [ ] Child

2. Are you related by adoption? [ ] Yes [X] No

3. Did you gain permanent residence through adoption? [ ] Yes [X] No

## B. Information about you

(b)(6)

1. Name (Family name in CAPS) **CANO** (First) **DON** (Middle) **ERIC**

Address (Number and Street)                    (Apartment Number)

## C. Information about your alien relative

1. Name (Family name in CAPS) **KERR, MARGARET** (First) (Middle) **DORTHY ZARAGOZA**

2. Address (Number and Street) **1546 WALLER ST.**  (Apartment Number)

(Town or City) **SAN FRANCISCO**  (State/Country) **CA**  (ZIP/Postal Code) **94117**

3. Place of Birth (Town or City) **KINGSTON**  (State/Country) **CANADA**

4. Date of Birth (Mo/Day/Yr) **11/23/1976**

5. Sex [ ] Male [X] Female

6. Marital Status [X] Married [ ] Single [ ] Widowed [ ] Divorced

7. Other Names Used (including maiden name) **NA**

8. Date and Place of Present Marriage (if married) **7/7/2003 SAN FRANCISCO, CA - CITY HALL**

9. Social Security Number **NA**

10. Alien Registration Number (if any) **NA**

11. Name of Prior Husbands/Wives **NA**  12. Date(s) Marriages(s) Ended **NA**

13. Has your relative ever been in the U.S.? [X] Yes [ ] No

14. If your relative is currently in the U.S., complete the following: He or she last arrived as a (visitor, student, stowaway, without inspection, etc.) **VISITOR - (CANADIAN)**

Arrival/Departure Record (I-94) Number          Date arrived (Month/Day/Year) **10/15/2002**

Date authorized stay expired, or will expire, as shown on Form I-94 or I-95 **NA**

15. Name and address of present employer (if any) **NA**

Date this employment began (Month/Day/Year)

16. Has your relative ever been under immigration proceedings?
- [ ] Yes [X] No Where          When
- [ ] Exclusion [ ] Deportation [ ] Rescission [ ] Judicial Proceedings

| INITIAL RECEIPT | RESUBMITTED | RELOCATED | | COMPLETED | | |
|---|---|---|---|---|---|---|
| | | Rec'd | Sent | Approved | Denied | Returned |
| | | | | J.T. | | |

Form I-130 (Rev. 10/13/98)N

**05-11-04**

62

**EXHIBIT 2**

U.S. Department of Homeland Security
San Francisco, CA 94111



**U.S. Citizenship
and Immigration
Services**

Margaret Kerr                                        A 96 391 101 (E-11 )
1546 Waller Street
San Francisco, CA 94117

RE: I485 application

In response to your written inquiry dated January 31, 2005, please be informed that:

_____File is in this office waiting to be scheduled, in approximately_____ months.

_____We are unable to give a definite date and time for an Interview appointment. You and your client will be
      notified at least two weeks in advance of your appointment date.

_____File has been requested and case will be reviewed and acted upon when we receive it.

_____File/letter forwarded to appropriate Office/Unit _____for action, therefore, any further inquiries regarding
      this case should be forwarded to that Unit.

_____File is located in _____ and your inquiry was forwarded to them.

_____File is located in _____, please direct your inquiries to them.

_____There is no G-28 in the file indicating you as the Attorney of Record, therefore, we are unable to provide you
      with any Information.

_____You are requested to submit the following document(s):

      _____
      You are granted a period of 90 days from the date of this letter to submit the requested document(s). Please
      return this letter with your response.

_____Documents in your case were requested on _____. We are currently reviewing cases in which documents
      were requested on_____.

_____Documents in your case were requested on _____. To date, no response has been received.

_____Our records show that your case was denied on _____. If you wish to obtain a copy of the denial, you can
      request it through the Freedom of Information Act (FOIA) Unit.

_____This office is returning your documents. We can't locate your case without an Alien Registration Number.
      Please return enclosed document(s) with your Alien Registration Number.

XXX    OTHER:  Your application is pending completion of your security clearance.
                                        Sincerely,
                                        Adjustment Branch

95

**EXHIBIT 3**

U.S. Department of Homeland Security
San Francisco, CA 94111



**U.S. Citizenship
and Immigration
Services**

MARGARET KERR                                  File No. A 96 391 101
1546 WALLER ST.                                Date: February 22, 2006
SAN FRANCISCO, CA 94117                         I-485

This is in reference to your Application to Adjust your Status in the United States. You have been scheduled to be
fingerprinted at the INS APPLICATION SUPPORT CENTER.     03/01/06

**NOTE:** If you do not have your finger prints taken, your adjustment of status application may be considered abandoned and
denied pursuant to 8 CFR § 103.2(b)(13). **IMPORTANT: If you are unable to appear on your appointment
date, you should write to the ASC directly to request rescheduling.**

☐ **SANTA ROSA**
1401 Guerneville Rd., Suite. 100
Santa Rosa, CA 95403
Hours:   Tuesday through Saturday
             8am to 3:30pm

☐ **OAKLAND**
2040 Telegraph Avenue
Oakland, CA 94612
(Near 19th Street Bart Station)
Hours:   Tuesday through Saturday
             8am to 3:30pm

☒ **SAN FRANCISCO**
250 Broadway Street
San Francisco, CA 94111
Hours:   Tuesday through Saturday
             8:00am to 3:30pm

☐ **MODESTO**
901 N. Carpenter Rd., Suite. 14
Modesto, CA 95351
Hours:   Tuesday through Saturday
             8am to 3:30pm

☐ **FRESNO**
4893 East Kings Canyon
Fresno, CA 93727
Hours:   Tuesday through Saturday
             8:00am to 3:30pm

☐ **SACRAMENTO**
731 "K" Street, Room 100
Sacramento, CA 95816
Hours:   Tuesday through Saturday
             8am to 3:30pm

☐ **SAN JOSE**
122 Charcott Avenue
San Jose, CA 95131
Hours:   Tuesday through Saturday
             8:00am to 3:30pm

☐ **SALINAS**
1954 North Main Street (Santa Rita Plaza)
Salinas, CA 93906
Hours:   Tuesday through Saturday
             8am to 3:30pm

When you go to have your fingerprints taken, you must bring: 1) THIS NOTICE; and 2) Photo Identification such as a
passport, valid driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper
identification, you will not be fingerprinted.

Cc:

(REVISED 07/10/03)

www.dhs.gov

88

**EXHIBIT 4**



U.S. Department of Justice

Federal Bureau of Investigation

*Washington. D.C. 20535*

January 11, 2007

MR. GERI N. KAHN
400 MONTGOMERY STREET
SUITE 810
SAN FRANCISCO, CA 94104

Request No.: 1066509-000
Subject: KERR, MARGARET

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the central records system at FBI Headquarters. No records responsive to your FOIPA request were located by a search of the automate indices.

You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure

**EXHIBIT 5**



Department of Homeland Security
Bureau of Citizenship & Immigration Services
San Francisco District Office
630 Sansome Street Room 200
San Francisco, CA 94111

## *USCIS INQUIRY RESPONSE*

DATE: 7/26/2007

TO:  Geri N.Kahn

File Number: A96 391 101(Margaret Kerr)

COMMENTS:  Regarding Inquiry

Please note that we are still waiting for a security check on your case from the FBI. We are unable to proceed with adjudication until this is complete.

On average such cases are assigned to an officer within a week of clearance for adjudication.

Thank you.

**EXHIBIT 6**

# I-485 Processing Worksheet, Continued

I-485 Processing Worksheet
Continued / Special Processing

A-Number: 96 39/ 10 /

Continued For:      ☒ Documentation        ☐ Fingerprints
                    ☐ Visa Availability     ☐ Relating Files
                    ☐ Reschedule            ☒ Other

Other Comments:

_first Cert. & FBI Name Check_

Additional Notes Attached                    ☐

Interviewing Officer's Recommendation:

no other issues

                                                    Initial / Date

Appeal/Motion Filed    ☐ AAO        ☐ BIA       ☐ District Office  [_____]
                       ☐ Approved   ☐ Denied    ☐ Remand          [_____]
NTA Issued                                                         [_____]

                            Pending Cases
Case Transferred IN     Office:     [_____]                       [_____]
Case Transferred OUT    Office:     [_____]                       [_____]

Page 2