# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

FBI, Robert Mueller, Dir.

TO: (Name and address of defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within         days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
  CLERK                                                                                       DATE_____

_____
  (BY) DEPUTY CLERK

**RETURN OF SERVICE**

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 10/09/07 |

| Name of SERVER | | TITLE | |
|---|---|---|---|
| Geri N. Kahn | | Attorney | |

*Check one box below to indicate appropriate method of service*

☐   Served Personally upon the Defendant. Place where served:

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐   Returned unexecuted:

☒   Other *(specify):*   Served by Certified Mail on all Defendants

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12//11/2007
          *Date*

/s/ Geri N. Kahn
*Signature of Server*
400 Montgomery Street, Suite 810
San Francisco, CA 94104
*Address of Server*

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



Home | Help | Sign in

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7000 1670 0013 3619 4059**
Status: **Delivered**

Your item was delivered at 3:26 am on October 11, 2007 in WASHINGTON, DC 20535. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > )  ( ? )   ( Return to USPS.com Home > )

### Track & Confirm

Enter Label/Receipt Number.

( Go > )

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

Postage  $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $

Postmark Here

7000 1670 0013 3619 4059

Sent To: Robert S. Mueller/OGC, FBI
Street, Apt. No.; or PO Box No.: J. Edgar Hoover Building/ 935 Pennsylvania Ave NW
City, State, ZIP+4: Washington DC 20535-0001

PS Form 3800, May 2000          See Reverse for Instructions

## Certified Mail Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: X [signature] ☐ Agent ☐ Addressee
- B. Received by (Printed Name): [illegible]
- C. Date of Delivery: OCT 16 2007
- D. Is delivery address different from item 1? ☐ Yes ☐ No

1. Article Addressed to:
   Ken T. Keisler
   Acting Attorney General
   U.S. Dept. of Justice
   950 Pennsylvania Ave NW
   Washington DC 20530-0001

2. Article Number (Transfer from service label): 7000 1670 0013 3619 4073

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    Kerr    102595-02-M-1540

---

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7000 1670 0013 3619 4073

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Sent To: Peter T. Keisler/Acting Atty Gen.
Street, Apt. No.; or PO Box No. USDOJ, 950 Pennsylvania Ave NW
City, State, ZIP+4: Washington, DC 20530

PS Form 3800, May 2000    See Reverse for Instructions

---

## Certified Mail Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: X [signature] ☐ Agent ☐ Addressee
- B. Received by (Printed Name): [illegible]
- C. Date of Delivery: OCT 22 2007
- D. Is delivery address different from item 1? ☐ Yes ☐ No

SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY

1. Article Addressed to:
   Michael Chertoff
   Emilio T. Gonzalez
   OGC
   DHS
   Washington DC 20528-0001

2. Article Number: 7000 1670 0013 3619 4080

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    Kerr    102595-02-M

---

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7000 1670 0013 3619 4080

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Sent To: Michael Chertoff & Emilio T. Gonzalez, OGC
Street, Apt. No.; or PO Box No. DHS
City, State, ZIP+4: Washington, DC 20528-0001

PS Form 3800, May 2000    See Reverse for Instructions

## Receipt 1 (top)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Rosemary Melville
   District Director
   USCIS
   630 Sansome Street
   San Francisco, CA 94111

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature]  ☐ Agent ☐ Addressee
B. Received by (Printed Name): [illegible]  C. Date of Delivery: 2007 OCT -9  3:05
D. Is delivery address different from item 1? ☐ Yes ☐ No
3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7000 1670 0013 3619 4066  Kerr

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

---

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

7000 1670 0013 3619 4066

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $
Postmark Here

Sent To: Rosemary Melville, Dist Dr.
Street, Apt. No.; or PO Box No.: 630 Sansome St.
City, State, ZIP+4: San Francisco, CA 94111

PS Form 3800, May 2000  See Reverse for Instructions

## Receipt 2 (bottom)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Scott N. Schools
   U.S. Attorney's Office
   Federal Bldg.
   450 Golden Gate Ave
   San Francisco, CA 94102

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature]  ☐ Agent ☐ Addressee
B. Received by (Printed Name): FBDREC  C. Date of Delivery: 10/11/07
D. Is delivery address different from item 1? ☐ Yes ☐ No
3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7000 1670 0013 3619 4042  Kerr

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1

---

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

7000 1670 0013 3619 4042

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $
Postmark Here

Sent To: Scott N Schools / US Attorney's Office
Street, Apt. No.; or PO Box No.: 450 Golden Gate Ave
City, State, ZIP+4: San Francisco, CA 94102

PS Form 3800, May 2000  See Reverse for Instructions