1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                          UNITED STATES DISTRICT COURT
9
                         NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| MARGARET KERR, ) | |
|             Plaintiff, ) | No. C 07-5116 WDB |
| ) | |
|    v. ) | **CONSENT TO PROCEED BEFORE A** |
| ) | **UNITED STATES MAGISTRATE** |
| MICHAEL CHERTOFF, Secretary, ) | **JUDGE** |
| Department of Homeland Security; ) | |
| EMILIO T. GONZALEZ, Director, United States ) | |
| Citizenship and Immigration Services; ) | |
| MICHAEL B. MUKASEY, Attorney General; ) | |
| ROSEMARY MELVILLE, District Director, ) | |
| United States Citizenship and Immigration ) | |
| Services; and ROBERT MUELLER, Director ) | |
| of Federal Bureau of Investigations, ) | |
| ) | |
|             Defendants. ) | |
| ) | |

20      In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party hereby

21  voluntarily consent to have a United States Magistrate Judge conduct any and all further

22  proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the

23  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

24  Date: December 19, 2007           Respectfully submitted,

25                                         SCOTT N. SCHOOLS
                                           United States Attorney
26
27
                                               /s/
28                                         EDWARD A. OLSEN
                                           Assistant United States Attorney
                                           Attorneys for Defendants