1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          OAKLAND DIVISION
11
   MARGARET KERR,                              )
12                                             )  No. C 07-5116 WDB
              Plaintiff,                       )
13                                             )
         v.                                    )  **STIPULATION TO DISMISS; AND**
14                                             )  **[PROPOSED] ORDER**
   MICHAEL CHERTOFF, Secretary,                )
15 Department of Homeland Security;            )
   EMILIO T. GONZALEZ, Director, United States )
16 Citizenship and Immigration Services;       )
   MICHAEL B. MUKASEY, Attorney General;       )
17 ROSEMARY MELVILLE, District Director,       )
   United States Citizenship and Immigration   )
18 Services; and ROBERT MUELLER, Director      )
   of Federal Bureau of Investigations,        )
19                                             )
              Defendants.                      )
20 _____)

21

22     Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

23 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light

24 of the adjudication of Plaintiff's adjustment of status application (Form I-485).

25     Each of the parties shall bear their own costs and fees.

26 ///

27 ///

28

Stipulation to Dismiss
C 07-5116 WDB                                  1

| | |
|---|---|
| Dated: December 19, 2007 | Respectfully submitted,<br><br>SCOTT N. SCHOOLS<br>United States Attorney<br><br>　　　　　　/s/<br>EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorney for Defendants |
| Dated: December 19, 2007 | 　　　　　　/s/<br>GERI N. KAHN<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: December 20, 2007

*[signature: Wayne D. Brazil]*

WAYNE D. BRAZIL
United States Magistrate Judge

Stipulation to Dismiss
C 07-5116 WDB                    2